JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALAMITOS MEDICAL CENTER, INC., LAKEWOOD REGIONAL MEDICAL CENTER, INC., and DESERT REGIONAL MEDICAL CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba L.A. CARE HEALTH PLAN; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:23-cv-05076-JWH-ADSx <br><br> **JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion to Dismiss [ECF No. 14]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiffs Los Alamitos Medical Center, Inc.; Lakewood Regional Medical Center, Inc.; and Desert Regional Medical Center, Inc. (collectively, "Plaintiffs.")

2. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 (with respect to Plaintiffs' ninth claim for relief under 42 U.S.C. § 1983) and pursuant to 28 U.S.C. § 1367 (with respect to Plaintiffs' other eight claims for relief, all of which arise under state law).

3. Fictitiously named Defendants Does 1-25 are **DISMISSED**.

4. Defendant Local Initiative Health Authority for Los Angeles County shall have **JUDGMENT** in its **FAVOR** and **AGAINST** Plaintiffs with respect to Plaintiffs' ninth claim for relief. Plaintiffs' ninth claim for relief is **DISMISSED with prejudice**.

5. In view of the dismissal of the sole claim for relief that arises under federal law, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining eight claims for relief. Accordingly, the remaining eight claims for relief are **DISMISSED for lack of subject matter jurisdiction**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure,) to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 21, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE